C. A. 11th Cir.;
Ct. Crim. App. Okla.;
Sup. Ct. Fla.;
Sup. Ct. Fla.;
Sup. Ct. Utah;
Sup. Ct. Ala.;
Ct. App. Va.; and
Sup. Ct. Tenn. Cer-tiorari denied. Reported below: No. 89-5385, 863 F. 2d 1492; No. 89-5510, 545 So. 2d 853; No. 89-5535, 548 So. 2d 662; No. 89-5547, 779 P. 2d 228; No. 89-5548, 548 So. 2d 547; No. 89-5589, 6 Va. App. 38, 366 S. E. 2d 615; No. 89-5741, 774 S. W. 2d 163.